1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

HEATHER R. FUKUNAGA,                                    Case No. 2:15-cv-02213-GMN-PAL

8

Plaintiff,                          ORDER

9

v.

STATE FARM BANK, FSB, et al.,

10

Defendants.

11

12          Before the court is the Notice of Settlement Between Heather R. Fukunaga and Equifax

13   Information Services, LLC (Dkt. #11).  The parties advise that a settlement has been reached and

14   that a stipulation to dismiss should be filed within 60 days.  Accordingly,

15          **IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall

16   have until **February 22, 2016,** to file a stipulation to dismiss, or a joint status report advising

17   when the stipulation to dismiss will be filed.

18          DATED this 24th day of December, 2015.

19
20
21   PEGGY A. LEEN
     UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28

1