UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HEATHER R. FUKUNAGA, | Case No. 2:15-cv-02213-GMN-PAL |
| Plaintiff, | ORDER |
| v. | |
| STATE FARM BANK, F.S.B., et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant State Farm Bank F.S.B. (Dkt. #26). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant State Farm Bank F.S.B. shall have until **May 2, 2016, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

**IT IS FURTHER ORDERED** that the Stipulation to Stay (Dkt. #23) is **DENIED as moot**, and the hearing on March 14, 2016, at 10:30 a.m. is **VACATED**.

DATED this 10th day of March, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1