JASON G. REVZIN
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Attorneys for Defendant*
*State Farm Bank, F.S.B.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER R. FUKUNAGA,<br><br>         Plaintiff,<br><br>     vs.<br><br>STATE FARM BANK, F.S.B. AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>         Defendants. | CASE NO. 2:15-cv-02213-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT STATE FARM BANK, F.S.B.** |

    Plaintiff Heather R. Fukunaga, and Defendant State Farm Bank, F.S.B., file this Stipulation and Order for Dismissal with Prejudice as to Defendant State Farm Bank, F.S.B., and in support thereof would respectfully show the Court as follows:

    There are no longer any issues in this matter between Plaintiff Heather R. Fukunaga and State Farm Bank, F.S.B. to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against State Farm Bank, F.S.B. which were, or could have been, the subject matter of this lawsuit are hereby dismissed

/ / /

/ / /

/ / /

/ / /

4844-5937-5662.1

with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

DATED:  March 18, 2016                           DATED:  March 18, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP         HAINES & KRIEGER, LLC

*/s/ Jason G. Revzin*                                       */s/ David H. Krieger*
By:_____     By:_____
   Jason G. Revzin, Esq.                              David H. Krieger, Esq.
   Nevada Bar No. 008629                            Nevada Bar No. 9086
   6385 S. Rainbow Blvd., Suite 600              8985 South Eastern Avenue, Suite 130
   Las Vegas, Nevada                                    Henderson, Nevada 8912389118
   *Attorneys for Defendant*                          *Attorneys for Plaintiff*
   *State Farm Bank, F.S.B.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2016